No. 00–7643. BARASH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–7644. MALDONADO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7645. LINDSEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7654. PERRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–7656. MCKENZIE *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 00–7666. OLIVER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–7667. STORY *v.* DAIMLERCHRYSLER CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–7669. OSTERBACK *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–7672. RUBENZER *v.* LITSCHER, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 00–7674. TWEED *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7677. DAVEGGIO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7678. COLLINS *v.* BURGER, SUPERINTENDENT, MT. PLEASANT CORRECTIONAL FACILITY. C. A. 8th Cir. Certiorari denied.

No. 00–7679. CASTILLO-FLORES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.